# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 18-14736 (JKF) |
| TORRADO CONSTRUCTION COMPANY, INC., | : | |
| Debtor | : | |
| | : | Adv. No. 18-00273 (JKF) |
| TORRADO CONSTRUCTION COMPANY, INC., | : | |
| Plaintiff | : | |
| v. | : | |
| HUNTER ROBERTS CONSTRUCTION GROUP, LLC. | : | STIPULATION TO DISMISS ADVERSARY PROCEEDING |
| Defendant | : | |

## **STIPULATION TO DISMISS ADVERSARY PROCEEDING**

David L. Marshall, counsel for Debtor/Plaintiff Torrado Construction Company, Inc. and Corinne Brennan, counsel for Hunter Roberts Construction Group, LLC, hereby stipulate to the dismissal with prejudce of this adversary proceeding pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and applicable in this adversary proceeding by Bankruptcy Rule 7041.

| | |
|---|---|
| */s/Corinne Brennan* | */s/ David L. Marshall* |
| Corinne Brennan | David L. Marshall |